UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIKHAIL PAVLOVICH MATVEEV,<br><br>a/k/a "Wazawaka,"<br>a/k/a "m1x,"<br>a/k/a "Boriscelcin,"<br>a/k/a "Uhodiransomwar,"<br><br>Defendant. | Criminal No. 22-cr-397<br><br>FILED UNDER SEAL |

**PROPOSED ORDER**

This matter having come before the Court pursuant to the application of the United States to unseal the Indictment and related filings, the Court finds that, for good cause shown, the application is hereby GRANTED.

IT IS ORDERED that the Indictment, the instant Motion, this Order, other pleadings, warrants, files, and records in this case be unsealed and the clerk is ordered to enter this case on the public docket.

Dated: May 16, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

1